# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK LOUIS WARD, ) | 3:09-CV-0007-RCJ (VPC) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | May 26, 2010 |
| THE CITY OF SPARKS, et al., ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Gemma Green Waldron, Esq. filed a motion to withdraw as counsel for plaintiff (#56). No opposition was filed. Therefore, the motion to withdraw as counsel (#56) is **GRANTED**.

A copy of this order and all documents hereafter filed shall be served on plaintiff via regular mail at the following addresses:

> Mr. Frederick Ward
> 149 Emerson Way
> Sparks, NV 89431

Plaintiff's motion to strike (#53) is **DENIED as moot** as the District Court previously issued an order (#54) striking the docket entries in question.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
     Deputy Clerk