FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB -9 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK LOUIS WARD,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SPARKS, et al.,<br><br>    Defendants. | 3:09-CV-0007-RCJ-VPC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Valerie P. Cooke, (#123) entered on January 12, 2011, recommending Plaintiff's second amended complaint (#94) be dismissed with prejudice. The Magistrate Judge also recommended that Defendants' motion to strike (#111) be granted and plaintiff's amended complaints (#104/#109) by stricken. Plaintiff did not file a timely objection to the Report and Recommendation, but did file a Motion (#128/#129) for an extension of time to file an objection. The Court denies Plaintiff's Motion (#128/#129).

The Court has conducted it's *de novo* review in this case and has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#123) entered on January 12, 2011, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#123) entered on January 12, 2011, is adopted and accepted, and Plaintiff's Motion (#128/#129) for an extension of time is DENIED.

///

///

IT IS FURTHER ORDERED that Plaintiff's Second Amended Complaint is dismissed with prejudice.

IT IS FURTHER ORDERED that Defendants' Motion to Strike (#111) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's amended complaints (#104/#109) are stricken.

The Clerk of the Court is directed to CLOSE this action and terminate it in its entirety.

IT IS SO ORDERED.

DATED: this 9th day of February, 2011.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE