**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FREDERICK LOUIS WARD, | ) | 3:09-CV-0007-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 14, 2011 |
| | ) | |
| CITY OF SPARKS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN              REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a motion asking for copies of the entire court file in this case (#135). Plaintiff apparently is seeking these copies in order to facilitate his appeal. Plaintiff is advised when a notice of appeal is filed, the entire court file is designated as the "record on appeal" and made available to the Ninth Circuit Court of Appeals.

It is not the court's obligation to provide litigants, even indigent ones, with copy services. The clerk shall not provide copies. Plaintiff request (#135) is **DENIED**. Plaintiff may submit a copy request form to the clerk of the court stating the specific documents he would like copied together with the appropriate fee. The clerk shall **SEND** a copy request form to plaintiff for his use. It is not the court's obligation to provide litigants, even indigent ones, with copy services. The clerk shall not provide copies free of charge.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
                      Deputy Clerk