

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         MAR 1 8 2011

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK LOUIS WARD, | Case No. 3:09-cv-00007-RCJ-VPC |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF SPARKS, et al., | |
| Defendant. | |

Currently before the Court is a Motion for Reconsideration (#154) filed by Plaintiff Frederick Louis Ward ("Plaintiff") on March 1, 2011.

On February 9, 2011, this Court entered an Order (#133) adopting and accepting a Report and Recommendation issued by U.S. Magistrate Judge Valerie P. Cooke. In the Order, the Court agreed with the Magistrate Judge that Plaintiff's Second Amended Complaint should be dismissed with prejudice. In the Magistrate Judge's Report and Recommendation (#123), the Magistrate Judge noted that Plaintiff's Second Amended Complaint failed to include any factual support for Plaintiff's claims of constitutional violations. In addition, the Magistrate Judge noted that Plaintiff continually disregarded the Court's prior orders and instructions. Thus, the Magistrate Judge recommended that Plaintiff's case be dismissed and this Court agreed.

Plaintiff has now filed a motion for the Court to reconsider its Order (#133) dismissing his case with prejudice. Based upon a review of the motion and the relevant documents in this case, the Court denies the motion. Plaintiff has failed to satisfy the standard on reconsideration as provided in Federal Rule of Civil Procedure 60. In addition, Plaintiff's motion is based on the same arguments already addressed by both this Court and the Magistrate Judge.

Thus, based on the foregoing, the Court DENIES the Motion to Reconsider (#154).

IT IS SO ORDERED.

Dated: March 18, 2011

_____
UNITED STATES DISTRICT JUDGE