# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREDERICK LOUIS WARD,

    Plaintiff,

vs.

STATE OF NEVADA, *et al.*

    Defendant.

Case No. 3:09-CV-00007-RCJ-VPC

**ORDER**

August 10, 2011

PRESENT:

THE HONORABLE <u>ROBERT C. JONES</u>, UNITED STATES CHIEF DISTRICT JUDGE

DEPUTY CLERK: <u>NONE APPEARING</u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>     NONE APPEARING     </u>

COUNSEL FOR DEFENDANT(S): <u>     NONE APPEARING     </u>

MINUTE ORDER IN CHAMBERS:

    Presently before this Court are the following motions:

[ECF #143]  Motion for Post-Judgement to Clarify Points in District Court Under F.R.C.P. Rule 50(b) for Judgement as a Matter of Law, Question of Law on Appeal filed with the Court on February 22, 2011;

[ECF #144]  §4970 Motion for a Stay of Proceedings Pending Disposition of Motions After Entry of Judgment (Application of Stay of Judgement) filed with the Court on February 22, 2011;

[ECF #146]  Motion for an Order Directing U.S.D.C. Clerk for Transmission of Records D.C. No.: 3:07-CV-00007-RCJ and D.C. No. 3:10-CV-306-LRH-RAM a Complete Copy of Both Cases So to Include Minutes in Court and Chambers, Appellees and All of the Opposing Parties and the Ninth Circuit Court filed with the Court on February 24, 2011;

[ECF #149]  Motion for an Order Directing U.S.D.C. Clerk for Transmission of Records D.C. No.: 3:07-CV-00007-RCJ and D.C. No. 3:10-CV-306-LRH-RAM a Complete Copy of Both Cases Also to Include Motions in Court and in

| | | |
|---|---|---|
| 1 | | Chambers to send all Appellees, and to Plaintiff, Opposing Memos and the Ninth Circuit Court of Appeals filed with the Court February 24, 2011; |
| 2 | [ECF #155] | Motion for a Subpoena for Appellant to Receive Medical Records From Washoe County Sheriff's Detention Facility, These Records Must Show the Exact Named Defendants, and Tahoe Booking Nurse Jane Doe #1, and, Infirmary Attending Physician Jane Doe #2 filed with the Court March 1, 2011; |
| 3 | [ECF #166] | Second Supporting Motion to Reconsider Prior Order Denying Plaintiff Leave of Court to Amend Civil Rights Complaint Order No. 3:09-CV-00007-RCJ-VPC; due to Judicial Officials Misconduct filed on March 28, 2011; |
| 4 | [ECF #167] | Motion for an Discretionary Review to Grant Plaintiff Leave of Court to Amend His Civil Rights Complaint to Sue Defendants in Their Individual Capacity due to Judicial Officials Misuse of Power and Misconduct filed March 28, 2011; |
| 5 | [ECF #168] | Motion For a Stay for an Injunction Staying Further District Court Proceedings Pending Appeals to Stay filed with the Court March 28, 2011; |
| 6 | [ECF #169] | Motion for an Article III Review of a Complaint by the Chief Judge Petition for Review Under Rule 11 (Jury Trial Demand) filed March 28, 2011; |
| 7 | [ECF #170] | § 4978 Motion for Stay of Proceedings Pending Disposition of Motions After Entry of Judgement Application of Stay of Judgement Pending the Appeal to a Court of Appeals From a Judgment in District Court Case filed March 28, 2011; |
| 8 | [ECF #171] | Civil Rights Complaints Pursuant to 42 U.S.C. § 1983 (Jury Trial Demanded) filed with the Court March 28, 2011; |
| 9 | [ECF #172] | Memorandum of Points and Authorities in Support of Motion for Reconsideration Order Filed August 10, 2010 Dismissed for Lack of Jurisdiction filed with the Court March 28, 2011; |
| 10 | [ECF #173] | Petition for Permission to Appeal Being Denied a Motion for A Reconsideration Circuit Court Rule 27-10 filed with the Court March 28, 2011; |
| 11 | [ECF #174] | Motion for an Order Directing Transmission of the Record of the Documents Sent Certified Mail (05-24-2010) filed with the Court March 28, 2011; |
| 12 | [ECF #175] | Notice of a Protective Appeal (Notice of Appeal) filed with the Court March 28, 2011; |
| 13 | [ECF #180] | Motion for Post-Judgment to Clarify Points in District Court Under F.R.C.P. Rule 50(b) filed with the Court March 29, 2011; |
| 14 | [ECF #183] | Motion Staying the Mandate for Motion to Reconsider Statement of Issues and Facts for Denying the Motion for Reconsideration Pending Second Motion for Reconsideration filed April 4, 2011; |
| 15 | [ECF #185] | Requesting a Waiver (Waiving Service) and for Proof of Service to be Sent to Appellant and the United States Court of Appeals for the Ninth Circuit Court of Appeals filed June 15, 2011; |
| 16 | [ECF #188] | Motion for Leave of Court to File the Brief Late filed with the Court June 15, 2011; |
| 17 | [ECF #189] | Requesting a Waiver (Waiving Service) and for Proof of Service to be Sent to Appellant and the United States Court of Appeals for the Ninth Circuit Court of Appeals Informal Brief filed June 20, 2011; |
| 18 | [ECF #193] | Notice of (Protective Appeal) Notice of Appeal to Include the Motions for Reconsideration, Clarification Modifications filed with Court July 18, 2011; |
| 19 | [ECF #195] | Motion for Permission to File an Extended Consolidated Statement of Facts and Issues Amended Complaint Filed August 24, 2010 Due to the Attorney Malpractice/ and Obstruction of Justice filed with the Court July 22, 2011; |
| 20 | [ECF #198] | Motion for Leave of Court to Amend the Informal Brief Filed on June 6, 2011 for the Consolidation of the Above State Cases File No.: 11-15476 and File No.: 10-17685 filed with the Court July 22, 2011; and |
| 21 | [ECF #200] | Motion for Leave of Court to File a Late Corrected Amended Consolidated Brief for 9th Cir.R. 31-2.3 Extension of Time filed with the Court August 5, 2011. |

A review of the docket reflects that Plaintiff's pending motions are duplicative and unnecessary. This Court certified the record on appeal and this matter is presently before the United States Court of Appeals for the Ninth Circuit.

IT IS HEREBY ORDERED that Plaintiff's pending motions [ECF Nos. 143, 144, 146, 149, 155, 166, 167, 168, 169, 170, 171, 172, 173, 174, 175, 180, 183, 185, 188, 189, 193, 195, 198, and 200] are DENIED.

IT IS FURTHER ORDERED that no motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

IT IS SO ORDERED.

ROBERT C. JONES
Chief Judge