**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDERICK LOUIS WARD, ) | 3:09-CV-0007-RCJ (VPC) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | July 15, 2013 |
| ) | |
| CITY OF SPARKS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On February 9, 2011, the District Court adopted and accepted the Magistrate Judge's report and recommendation and dismissed plaintiff's second amended complaint with prejudice (#133). The District Court further ordered the Clerk of Court to close this action and terminate it in its entirety. *Id.*

Between February 2011 and February 2013 nearly 80 documents have been filed by the plaintiff including multiple notices of appeal and other motions filed with the Ninth Circuit Court of Appeals (#s 135 - 227). On July 12, 2012, the Ninth Circuit Court of Appeals affirmed the judgment entered by the District Court dismissing the action with prejudice (#222). In November 2012, plaintiff's petition for rehearing en banc was denied, all pending motions were denied, and plaintiff was advised that no further filings would be entertained in his closed appeal (#223).

Nevertheless, three months after the Ninth Circuit's final order (#223) plaintiff filed four new documents which include the following two motions: 1) plaintiff's motion for leave to file second or successive petition (#224); and 2) plaintiff's motion for order for service to be made on defendants (#226). Both motions (#s 224 & 226) are **DENIED**. This case is closed and this action is terminated in its entirety.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk